IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WESCO INSURANCE COMPANY,**         ) | |
|     **Plaintiff,**         ) | |
| ) | |
| **v.**         ) | **CIVIL ACTION NO. 2:21-00374-KD-N** |
| ) | |
| **M.O.S. EXPRESS, INC.,** *et al.*,         ) | |
|     **Defendants.**         ) | |

**ORDER**

After due and proper consideration of the issues raised, and here having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 23) made under 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a), and dated December 13, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, the "Motion to Dismiss Declaratory Judgment Petition and First Amended Petition" (Doc. 11) filed October 6, 2021, by Defendant Abbie Burrell is **DENIED**.

**DONE** and **ORDERED** this the 3rd day of January 2022.

                                        /s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**